1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER CUTLER,

                              Plaintiff,

        v.

SAFEWAY, INC.,

                              Defendant.

No. C04-5511RJB

**AGREED ORDER GRANTING
DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulated Motion In Support Of Dismissal of Defendant Safeway Inc. and Plaintiff Jennifer Cutler, it is hereby ORDERED that this action is dismissed in its entirety with prejudice as to all parties and with neither costs nor attorneys' fees awarded to any party.

DATED this 6th day of September, 2005.

_____
ROBERT J. BRYAN
United States District Judge

AGREED ORDER GRANTING DISMISSAL
WITH PREJUDICE - 1
C04-5511RJB

WINTERBAUER & DIAMOND P.L.L.C.
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WASHINGTON 98101
TELEPHONE:  (206) 676-8440

Jointly presented by:

**WINTERBAUER & DIAMOND P.L.L.C.**


s/ _____
Steven H. Winterbauer, WSBA # 16468
Lisa M. Vanderford-Anderson, WSBA # 29736
Attorneys for Defendant

**CONNOR & CHUNG, PLLC**


s/ _____
Stephen Connor, WSBA # 14305
Anne-Marie Sargent, WSBA # 27160
Attorneys for Plaintiff

AGREED ORDER GRANTING DISMISSAL
WITH PREJUDICE - 2
C04-5511RJB

WINTERBAUER & DIAMOND P.L.L.C.
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 676-8440